**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00534-CV

### ASSOCIATION OF TAXICAB OPERATORS, USA, ET AL., Appellants

### V.

### WALAAL CORPORATION D/B/A AMBASSADOR CAB, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03638**

## ORDER

By order dated October 11, 2016, the Court ordered the court reporter to file either the reporter's record, written verification that no hearings were recorded, or written verification that appellants have not requested or paid or made arrangements to pay for the reporter's record. We cautioned appellants that if we received written verification of no request or payment, the Court would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). On October 17, 2016, the court reporter filed a letter stating that appellants have not requested preparation of the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/    ELIZABETH LANG-MIERS
JUSTICE